**FILED**
August 18, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                      )<br>               Plaintiff,              )<br>v.                                                 )<br>                                                      )<br>RUEBEN OLSON,                     )<br>                                                      )<br>               Defendant.            ) | Case No. MAG. 08-0284 ~~DAD~~<br>                                        KJM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>RUEBEN OLSON</u>, Case No. <u>MAG. 08-0284 DAD</u>, Charge <u>Title 21 USC §§ 846; 841(a)(1); 843(b)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __     Release on Personal Recognizance

    _X_    Bail Posted in the Sum of $ <u>100,000</u>

          _X_    Unsecured Appearance Bond

          __     Appearance Bond with 10% Deposit

          __     Appearance Bond with Surety

          __     Corporate Surety Bail Bond

          _X_    (Other)     <u>with pretrial supervision and conditions of release as stated on the record.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>August 18, 2008</u> at <u>4:06</u> pm.

By    */s/ Dale A. Drozd*

Dale A. Drozd
United States Magistrate Judge